FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 MAY 22 AM 11: 25

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV205 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSIAH HOLLIBAUGH, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the Defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendant hereby admits all the allegations of Plaintiff's Complaint and therefore agrees to the entry of a consent judgment in the sum of $30,783.61 principal, interest in the amount of $454.08, at a daily rate of $0.97 per day until the date of judgment, penalty fees in the amount of $3,841.03, administrative charges in the amount of $20.00; and thereafter with interest at the current rate computed daily and compounded annually from the date of judgment until paid in full and court costs in the amount of $370.00.

3. The Defendant shall submit financial data to the Plaintiff on the anniversary date of this judgment, each year this judgment remains outstanding.

4. Costs shall be paid by the defendant.

|  |  |
|---|---|
| JOSIAH HOLLIBAUGH<br>Defendant<br><br>_____<br>JOSIAH HOLLIBAUGH, Defendant<br>822 S. 59th Street<br>Omaha, NE 68106-1214<br>(402) 760-1240 | UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>JOE W. STECHER<br>United States Attorney<br><br>/s/ Laurie M. Barrett<br>LAURIE M. BARRETT, #17584<br>Assistant U. S. Attorney<br>1620 Dodge Street, Suite 1400<br>Omaha, NE 68101<br>(402) 661-3700<br>laurie.barrett@usdoj.gov |

APPROVED THIS 22nd day of May, 2008, accruing at the legal rate of 2.09 % per annum from the date of this judgment, until paid in full and court costs.

_____
UNITED STATES DISTRICT JUDGE